IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN NICHOLS,

    Petitioner,                    No. 2:11-cv-0368 GEB EFB P

    vs.

WILLIAM KNIPP,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In support of his answer, respondent lodged a copy of the opinion of the California Court of Appeal on petitioner's direct appeal in state court. Resp.'s Lodg. Doc. 4. However, that document is missing pages 24, 25, 30, and 31. Good cause appearing, respondent will be directed to lodge the missing pages within seven days.

    Accordingly, IT IS ORDERED that, within seven days from the date of this order, respondent shall lodge pages 24, 25, 30 and 31 of the opinion of the California Court of Appeal on petitioner's direct appeal.

DATED: September 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE