1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ALLEN NICHOLS,

11           Petitioner,                    No. 2:11-cv-0368 GEB EFB P

12       vs.

13   WILLIAM KNIPP,

14           Respondent.              ORDER

15   _____/

16       Petitioner is a state prisoner without counsel proceeding with a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  In support of his answer, respondent lodged a copy

18   of the opinion of the California Court of Appeal on petitioner's direct appeal in state court.

19   Resp.'s Lodg. Doc. 4.  However, that document is missing pages 24, 25, 30, and 31.  Good cause

20   appearing, respondent will be directed to lodge the missing pages within seven days.

21       Accordingly, IT IS ORDERED that, within seven days from the date of this order,

22   respondent shall lodge pages 24, 25, 30 and 31 of the opinion of the California Court of Appeal

23   on petitioner's direct appeal.

24   DATED:  September 26, 2012.

25                                          _____
                                            EDMUND F. BRENNAN
26                                          UNITED STATES MAGISTRATE JUDGE